AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF New York

UNITED STATES OF AMERICA

V.

Willie Bell

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 05-M-459 (SMG)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[Signature]_
Signature of Judge

Steven M. Gold    USMJ
Name of Judge / Title of Judge

1/04/06
Date

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN 4 2006
TIME A.M. / P.M.